■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY BURTON, Also Known as BURTON JEFFREY, Appellant. — Judgment of the Supreme Court, Kings County (Starkey, J.), rendered July 21, 1981, affirmed (see *People v Copeland,* 39 NY2d 986; *People v Troiano,* 35 NY2d 476). Mangano, J. P., Weinstein, Brown and Niehoff, JJ., concur.